**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, And CHARLES A. WHOBREY, as Trustee | ) ) ) Case No. 19-cv-4170 |
| Plaintiffs-Judgment Creditors, | ) ) Judge Sharon Johnson Coleman |
| v. | ) ) Magistrate Judge Sidney I. Schenkier |
| YARUSSI CONSTRUCTION, INC. | ) ) |
| Defendant-Judgment Debtor, And | ) ) ) |
| BRIGHTHOUSE FINANCIAL, INC., | ) ) ) |
| *Respondent.* | ) |

## CERTIFICATE OF MAILING

I hereby certify that upon service of the Respondent of the Citation to Discover Assets to a Third Party, Citation Notice and Certification, I served upon the judgment debtor in this cause within three (3) business days a copy of the Citation to Discover Assets to a Third Party, Citation Notice and Certification by first class mail to the judgment debtor at the following address:

Yarussi Construction, Inc.
c/o Nicholas Yarussi, President
3210 Beechwood Circle
Niagara Falls, NY 14303

Yarussi Construction, Inc.
c/o Nicholas Yarussi, President
 5650 Simmons Ave
Niagara Falls, NY 14304

- 1 -

/s/  Cara Anthaney
Cara Anthaney
(ARDC #6304583)
Central States Funds
Law Department
8647 W. Higgins Road, 8th Floor
Chicago, IL 60631-2803
(847) 939-2367
canthane@centralstatesfunds.org

April 10, 2026

*ATTORNEY FOR PLAINTIFFS*

- 2 -

FV: 510760590 / 19410009 / 4/10/26