**IN THE U.S. DISTRICT COURT**
**OF THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ET AL., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 19CV4170 |
| YARUSSI CONSTRUCTION, INC., | ) ) | |
| Defendant. | ) ) ) | |

## NOTICE OF MOTION

To:     All attorneys of record:

**YOU ARE HEREBY NOTIFIED** that on **July 8, 2026, at 10:00 a.m**., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Sharon Johnson Coleman, or any judge sitting at Room 1241 at the Everett McKinley Dirksen United States Courthouse 219 South Dearborn Street, Chicago, IL 60604, and shall then present **Respondent BRIGHTHOUSE FINANCIAL INC'S., MOTION TO QUASH CITATION TO DISCOVER ASSETS**, a copy of which is attached hereto.

Heather D. Erickson (HErickson@sanchezdh.com)
Attorney for Respondent Brighthouse Financial Inc.
SANCHEZ DANIELS & HOFFMAN, LLP
200 West Madison St., Suite 2950
Chicago, Illinois 60606
(312) 641-1555
ARDC 6269711

## PROOF OF SERVICE

I, the undersigned, hereby certify that on **July 1, 2026**, the foregoing document was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF electronic filing system. I further certify that the CM/ECF system will send notification of such filing to all counsel of record who are registered CM/ECF users.

/s/ *Stefani Andino*