# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Central States, Southeast and Southwest Areas
Pension Fund, et al.

                                 Plaintiff,

v.                                 Case No.: 1:19–cv–04170

                                 Honorable Sharon Johnson
Coleman

Yarussi Construction, Inc.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 2, 2026:

      MINUTE entry before the Executive Committee: Case referred to the Honorable Daniel P. McLaughlin for all further proceedings.Mailed notice(nsf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.