## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Central States, Southeast and Southwest Areas
Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:19–cv–04170

Honorable Sharon Johnson
Coleman

Yarussi Construction, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 16, 2026:

     MINUTE entry before the Honorable Daniel P. McLaughlin: Motion to Quash [66] has been referred to Magistrate Judge McLaughlin. Response to the motion due 8/6/26; reply due 8/14/26. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.