**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, And CHARLES A. WHOBREY, as Trustee | )<br>)<br>) Case No. 19-cv-4170<br>) |
| Plaintiffs-Judgment Creditors, | )<br>) |
| v. | ) Magistrate Judge Daniel P. McLaughlin<br>) |
| YARUSSI CONSTRUCTION, INC. | )<br>) |
| Defendant-Judgment Debtor, And | )<br>)<br>)<br>) |
| NEW ENGLAND LIFE INSURANCE COMPANY, | )<br>)<br>) |
| *Respondent.* | ) |

**PLAINTIFFS-JUDGMENT CREDITORS' MOTION FOR CONDITIONAL JUDGMENT AGAINST RESPONDENT NEW ENGLAND LIFE INSURANCE COMPANY FOR FAILURE TO COMPLY WITH THIRD-PARTY CITATION TO <u>DISCOVER ASSETS</u>**

NOW COME Plaintiffs-Judgment Creditors, Central States, Southeast and Southwest Areas Pension Fund and Charles A. Whobrey, Trustee ("Central States"), by their attorneys, and respectfully move this Court for entry of a Conditional Judgment against Respondent New England Life Insurance Company ("New England Life"). In support thereof, Central States states as follows:

1.      On October 7, 2020, this Court entered an Amended Judgment in favor of Plaintiffs and against Defendant-Judgment Debtor Yarussi Construction, Inc., in the

- 1 -

FV: 528089663 / 19410009 / 7/20/26

amount of $1,019,069.81, plus post-judgment interest.[1]. (Dkt. No. 44.) The judgment remains unsatisfied.

2.     In an effort to collect the judgment, Central States caused a Citation to Discover Assets to a Third Party to be issued to Respondent New England Life Insurance Company on April 22, 2026 (the "Citation"). (Dkt. No. 64.) A copy of the Citation is attached as Exhibit A. The Citation sought information and documents relating to assets, monies, insurance policies, and other property belonging to or owed to Yarussi Construction, Inc., including Policy No. 0Y067831. The Citation required written responses and document production by May 22, 2026, and required Respondent to appear for examination on June 30, 2026, at 10:00 a.m.

3.     On April 27, 2026, New England Life was served with the Citation through its President, Tara Jean Figard, by delivering the Citation to an authorized individual at New England Life's corporate office in Boston, Massachusetts. A copy of the Affidavit of Service is attached as Exhibit B.

4.     On May 21, 2026, New England Life was also served with the Citation through its Illinois statutory agent for service, the Illinois Director of Insurance, at the Illinois Department of Insurance. A copy of the Affidavit of Service is attached as Exhibit C.

5.     The Citation expressly advised New England Life that failure to comply with the Citation proceeding could result in judgment being entered against it for the

---

[1] The judgment was amended to include mandatory statutory damages that were omitted from the original judgment.

- 2 -

FV: 528089663 / 19410009 / 7/20/26

unsatisfied amount of the judgment pursuant to 735 ILCS 5/2-1402(f)(1), made applicable by Federal Rule of Civil Procedure 69.

6. Despite being duly served, New England Life has failed to:

a. produce the documents requested by the Citation;

b. answer the Citation interrogatories;

c. appear for the Citation examination; and

d. otherwise respond to the Citation.

7. Pursuant to Federal Rule of Civil Procedure 69(a), proceedings supplementary to execution are governed by Illinois law.

8. Illinois law authorizes the entry of a conditional judgment against a third-party respondent in citation proceedings. See 735 ILCS 5/2-1402(k-3); 735 ILCS 5/12-706. Section 2-1402(k-3) provides that "[t]he court may enter any order upon or judgment against the respondent cited that could be entered in any garnishment proceeding under Part 7 of Article XII of this Code." 735 ILCS 5/2-1402(k-3). Under Part 7 of Article XII, where a garnishee fails to appear or answer, the court may enter a conditional judgment against the garnishee. 735 ILCS 5/12-706.

9. Central States is contemporaneously submitting a proposed order granting this Motion for Conditional Judgment to the Court's proposed-order inbox in accordance with the Court's procedures.

WHEREFORE, Central States respectfully requests that this Court:

A. Enter a Conditional Judgment against Respondent New England Life Insurance Company in the amount of the unsatisfied judgment;

FV: 528089663 / 19410009 / 7/20/26

B.      Direct the Clerk to issue the appropriate summons or notice requiring New England Life Insurance Company to appear and show cause why the Conditional Judgment should not become final; and

C.      Grant such other and further relief as the Court deems just and appropriate.

/s/  Cara Anthaney
Cara Anthaney
(ARDC #6304583)
Central States Funds
Law Department
8647 W. Higgins Road, 8th Floor
Chicago, IL 60631-2803
(847) 939-2367
canthane@centralstatesfunds.org

*ATTORNEY FOR PLAINTIFFS*

July 20, 2026

FV: 528089663 / 19410009 / 7/20/26

## CERTIFICATE OF SERVICE

I, Cara M. Anthaney, an attorney for Central States, certify that on July 20, 2026, I electronically filed the foregoing Plaintiffs- Judgment Creditors' Motion for Conditional Judgment Against Respondent New England Life Insurance Company for Failure to Comply with Third-Party Citation to Discover Assets ("Motion") with the Clerk of the Court using the ECF system. This filing was served on all parties indicated on the electronic filing receipt via the ECF system. For the parties listed below, I served the foregoing *Motion* (including all exhibits thereto) by mailing, on July 20, 2026, said *Motion* in the manner indicated below: to be served upon the following by depositing the same in the United States Mail, first-class postage prepaid, and by electronic mail where indicated:

Defendant-Judgment Debtor:

Yarussi Construction, Inc.
c/o Nicholas Yarussi, President
3210 Beechwood Circle
Niagara Falls, NY 14303

Yarussi Construction, Inc.
c/o Nicholas Yarussi, President
5650 Simmons Ave.
Niagara Falls, NY 14304


Counsel for Defendant-Judgment Debtor:

Robert E. Knoer, Esq.
THE KNOER GROUP, PLLC
186 Exchange Street, Suite 100
Buffalo, New York 14204
Tel: (716) 815-4680
Email: rknoer@knoergroup.com


Respondent New England Life Insurance Company:

New England Life Insurance Company

- 5 -

c/o Tara Jean Figard, President
155 Federal Street, Suite 700
Boston, MA 02110


Counsel for Respondent New England Life Insurance Company:

Heather D. Erickson (#6269711)
Sanchez Daniels & Hoffman, LLP
200 W. Madison Street
Chicago, IL 60606
Tel: (312) 641-1555
Email: herickson@sanchezdh.com

/s/ Cara Anthaney
Cara Anthaney, Esq.
(ARDC #6304583)
Central States Funds
Law Department
8647 W. Higgins Road, 8th Floor
Chicago, IL 60631-2803
(847) 939-2367
canthane@centralstatesfunds.org

*ATTORNEY FOR PLAINTIFFS*

July 20, 2026

- 6 -