# EXHIBIT C

Invoice #:  15802
Client:        Central States Control # 19410009

Affidavit of Private Detective Todd M. Martinson, 27 N. Wacker Dr. #243, Chicago, IL 60606

RETURN DATE:  06/30/2026

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

Case #  19-cv-4170

I, Todd M. Martinson

That I, first duly sworn on oath state that I am over 18 years of age and not a party to this suit and a Licensed Private Detective, State of Illinois License # 115.002035, registered with the Illinois Department of Financial and Professional Regulation.

## CORPORATE SERVICE

That I served the within:        Citation to Discover Assets to a Third Party, Citation Notice and Certification

On the within named Respondent:  New England Life Insurance Company c/o Ann Gillespie, Illinois Director of Insurance, Statutory Agent for Service

By leaving a copy of each with the said Respondent by serving the process to:

MICHELLE DIANZO, CLERK AT THE IL DEPT. OF INSURANCE

Additional Comments:

The *approximate* sex, race and age of the person whom I left the process with are as follows:

Sex:      Female              Race:  White               Age:  35

Height:  5' 5"               Build:  Medium              Hair:  Black

Service address:  115 S. LaSalle St., 13th Floor
                        Chicago, IL 60603

Date of Service:  05/21/2026    Time of Service:  2:40 pm

Todd M. Martinson, Licensed Private Detective
License # 115.002035

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements made are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.