**IN THE U.S. DISTRICT COURT**
**OF THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ET AL., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 19CV4170 |
| YARUSSI CONSTRUCTION, INC., | ) ) | |
| Defendant. | ) ) ) ) | |

**NEW ENGLAND LIFE INSURANCE COMPANY'S**
**MOTION FOR EXTENSION OF TIME TO FILE ITS**
**MOTION TO QUASH CITATION TO DISCOVER ASSETS**
**FOR LACK OF PERSONAL JURISDICTION**

**NOW COMES** Respondent, New England Life Insurance Company ("NELICO"), by and through the undersigned, and for its motion for an extension of time to file its motion to quash Plaintiff's Citation to Discover Assets pursuant to Federal Rule 12(b)(2), Respondent states as follows:

1.      NELICO contests the personal jurisdiction of this Court over these proceedings, and by filing this motion reserves and does not waive its right to contest personal jurisdiction.

2.      On or about May 27, 2026 Plaintiff served a Citation to Discover Assets directed to Respondent NELICO.  NELICO's response was due June 30, 2026.  A copy of the Service and Citation to NELICO is attached as Exhibit A.

3.      NELICO has prepared its Motion to Quash for Lack of Personal Jurisdiction and is awaiting the signature for the supporting affidavit.

4.      Counsel for Respondent has advised Plaintiff's counsel of the present motion as well as the Motion to Quash for lack of personal jurisdiction and requested an agreement for an extension for filing the motion for extention.

5.      Plaintiff's counsel has filed a Motion for Conditional Judgment against NELICO; however, the Proposed Order for said motion contains inaccurate information.  The Proposed Order falsely states that Plaintiff caused a citation to discover assets to be issued against *NELICO* on April 22, 2026.  While the citation purports to be signed on April 22, 2026, it was not sent for service on NELICO until May 27, 2026 and was not received until on or about June 2, 2026.

6.      NELICO respectfully requests 7 days within to file its motion to quash for lack of personal jurisdiction.

7.      This motion is not brought for purposes of delay.

WHEREFORE, Respondent, New England Life Insurance Company, prays this Honorable Court for entry of an Order granting it seven (7) days within which to file its motion to quash Plaintiff's Citation to Discover Assets for lack of personal jurisdiction pursuant to Federal Rule 12(b)(2), and for any other relief deemed just and proper.

By: /s/ Heather Erickson
Attorney for Respondent

Heather D. Erickson (#6269711)
Attorney for Respondent
Sanchez Daniels & Hoffman, LLP
200 W. Madison St.
Chicago, IL 60606
(312) 641-1555
herickson@sanchezdh.com