

CERTIFIED MAIL™

9214 7969 0099 9790 1660 6347 27

neopost℠
05/27/2026
US POSTAGE



**Illinois Department of Insurance**
320 West Washington Street
Springfield, Illinois 62767

New England Life Insurance Company
11225 North Community House Rd
Charlotte, NC 28277

**Exhibit A**

 **Illinois Department of Insurance**

| JB PRITZKER | ANN GILLESPIE |
|---|---|
| Governor | Director |

May 27, 2026

New England Life Insurance Company
11225 North Community House Road
Charlotte, NC 28277

IL Court Case No: 19-cv-4170

To whom it may concern,

Enclosed please find a copy of a citation to discover assets to a third party mailed to me as agent for service of process and received in my Springfield Office on May 27, 2026 in the case of *Central States, Southeast and Southwest Areas Pension Fund, and Charles A. Whobrey, as trustee et al. v. your company et. al.*

Sincerely,

Ann Gillespie
Director of Insurance

AG:MS:KS
Encl.

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

| Springfield Office | Chicago Office |
|---|---|
| 320 W. Washington Street | 115 S. LaSalle Street, 13th Floor |
| Springfield, Illinois 62767 | Chicago, Illinois 60603 |
| (217) 782-4515 | (312) 814-2420 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, And CHARLES A. WHOBREY, as Trustee | ) ) ) Case No. 19-cv-4170 |
| Plaintiffs-Judgment Creditors, | ) ) Judge Sharon Johnson Coleman |
| v. | ) ) Magistrate Judge Sidney I. Schenkier |
| YARUSSI CONSTRUCTION, INC. | ) ) |
| Defendant-Judgment Debtor, And | ) ) ) ) |
| NEW ENGLAND LIFE INSURANCE COMPANY, | ) ) ) |
| *Respondent.* | ) |

## CITATION TO DISCOVER ASSETS TO A THIRD PARTY

TO:   New England Life Insurance Company
c/o Tara Jean Figard, President
155 Federal Street
Suite 700
Boston, MA 02110

New England Life Insurance Company
c/o Ann Gillespie, Illinois Director of Insurance, Statutory Agent for Service
Illinois Department of Insurance
115 S. LaSalle Street, 13th Floor
Chicago, IL 60603

YOU ARE REQUIRED to appear in person at the Central States Law Department, 8647 W. Higgins Road, 8th Floor, Chicago, IL 60631 on the **30th day of June, 2026** at the hour of **10:00 a.m.**, to answer under oath such questions as may be put to you concerning the personal and real property of and/or indebtedness due the above-named Defendant, and to abide the further order of the Court.

Judgment was entered on October 7, 2020, in favor of Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund and Charles A. Whobrey, Trustee, and against Defendant Yarussi Construction, Inc. in this court under case number 19-cv-4170

FV: 512651256 / 19410009 / 4/22/2026       -1-

in the sum of $1,019,069.81. There is now due, less any credit and off-set, the sum of $1,588,010.84 (Judgment Balance as of April 22, 2026). Further sums may become due as costs and interest accrue.

Your answer will inform the Court as to property you may hold belonging to Yarussi Construction, Inc. (the "Judgment Debtor").

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from enforcement of a judgment, a deduction order or garnishment, property belonging to the judgment debtor or to which he or she or it may be entitled or which may thereafter be acquired by or become due to him or her or it, and from paying over or otherwise disposing of any moneys not so exempt, which are due or to become due to the judgment debtor. This prohibition shall remain in effect until further order of court or termination of the proceeding. You are not required to withhold the payment of any monies beyond double the amount of the total sum due the judgment creditor.

If the account consists solely of funds that can be identified as exempt under federal or state law, you are PROHIBITED from FREEZING THE ACCOUNT and YOU MUST RESPOND that the account consists solely of exempt funds. Deposited funds that are exempt under federal and state law include Social Security, SSI, veteran's benefits, Railroad Retirement benefits, public assistance benefits, unemployment compensation benefits and/or circuit breaker property tax relief benefits.

WARNING: Your failure to comply with the citation proceeding may result in a judgment being entered against you for the unsatisfied amount of this judgment pursuant to Illinois Code of Civil Procedure § 2-1402(f)(1) made applicable to the instant proceeding by Federal Rule of Civil Procedure 69.

YOUR FAILURE TO FILE YOUR ANSWERS OR TO APPEAR FOR THE DEPOSITION AS DIRECTED HEREIN MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN A FEDERAL CORRECTIONAL FACILITY.

YOU ARE commanded to produce the following documents and provide answers to this Citation to Central States Law Department, c/o Cara Anthaney, Central States Law Department, 8647 W. Higgins Road, 8th Floor, Chicago, IL 60631 by the **22nd day of May, 2026**:

1.      All documents relating to or evidencing any monies held by and/or owed by New England Life Insurance Company ("New England Life") with respect to Yarussi Construction, Inc. including without limitation, policy no. 0Y067831.

FV: 512651256 / 19410009 / 4/22/2026                          -2-

2.      All documents relating to the repayment (in whole or in part) of any monies owed by New England Life to Yarussi Construction, Inc. including without limitation, policy no. 0Y067831.

4/22/2026

_____
DATE

THOMAS G. BRUTON

_____
CLERK OF THE COURT

_____
DEPUTY CLERK

## **ANSWER OF THIRD PARTY RESPONDENT CITATION**

Citation/Respondent: New England Life Insurance Company

Deposition Date: June 30, 2026

Defendant's Name: Yarussi Construction, Inc

SS No.: N/A

Case No. 19-cv-4170

Judgment Balance: $1,567,775.10

This is a Citation: Freeze up to double the Judgment Balance.

### **INTERROGATORIES**

Pacific Life is commanded to answer the following interrogatories by the **22nd day of May, 2026**:

1. On the date of service of the citation, did you have in your possession, custody or control any personal property, monies, and/or assets belonging to Yarussi Construction, Inc.?

2. Identify any and all assets of Yarussi Construction, Inc. that were transferred to, and/or are held by, New England Life Insurance Company.

3. Identify any and all insurance policies, contacts, and/or annuities that Yarussi Construction, Inc. has with New England Life Insurance Company.

### **INSTRUCTIONS**

(1.) Fill out and sign the certification below. (2.) Fax or mail a copy of your Answers to: (i) Plaintiff s' attorney and (ii) Judgment Debtor, Yarussi Construction, Inc.

FV: 512651256 / 19410009 / 4/22/2026                    -5-

## CERTIFICATION

Under the penalties as provided by law, the undersigned certifies that the statements set forth in this instrument are true and correct and that I have mailed this Answer to Defendant(s).

Date:_____          Print Agent Name:_____

Respondent Name:_____          Signature of Agent:_____

Address:_____

Telephone:_____

FAX:_____

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CENTRAL STATES, SOUTHEAST AND
SOUTHWEST AREAS PENSION FUND,
And CHARLES A. WHOBREY, as Trustee

Plaintiffs-Judgment Creditors,

v.

YARUSSI CONSTRUCTION, INC.

Defendant-Judgment Debtor,

And

NEW ENGLAND LIFE INSURANCE
COMPANY,

Respondent.

)
)
) Case No. 19-cv-4170
)
) Judge Sharon Johnson Coleman
)
) Magistrate Judge Sidney I. Schenkier
)
)
)
)
)
)
)
)
)
)
)
)

**CERTIFICATION**

I certify that judgment was entered in the above-captioned case by the above identified Court in the amount of $1,019,069.81 on October 7, 2020. The remaining unpaid balance is $1,588,010.84 as of April 22, 2026.

/s/Cara M. Anthaney
Cara M. Anthaney
Attorney for Plaintiffs
Central States Funds
8647 W. Higgins Road, 8th Floor
Chicago, IL 60631
(847) 939-2367
ARDC # 6304583
canthane@centralstates.org

April 22, 2026

FV: 512651254 / 19410009 / 4/22/2026

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, And CHARLES A. WHOBREY, as Trustee | ) ) ) Case No. 19-cv-4170 |
| Plaintiffs-Judgment Creditors, | ) ) Judge Sharon Johnson Coleman |
| v. | ) ) Magistrate Judge Sidney I. Schenkier |
| YARUSSI CONSTRUCTION, INC. | ) ) |
| Defendant-Judgment Debtor, And | ) ) ) |
| NEW ENGLAND LIFE INSURANCE COMPANY, | ) ) ) ) |
| Respondent. | ) ) |

## THIRD PARTY CITATION NOTICE

TO: New England Life Insurance Company
c/o Tara Jean Figard, President
155 Federal Street
Suite 700
Boston, MA 02110

New England Life Insurance Company
c/o Ann Gillespie, Illinois Director of Insurance, Statutory Agent for Service
Illinois Department of Insurance
115 S. LaSalle Street, 13th Floor
Chicago, IL 60603

Name and Address
of Court:

U.S. District Court, Northern District of Illinois
219 S. Dearborn St.
Chicago, Illinois 60604

Name of Case:

Central States, Southeast and Southwest Areas Pension Fund, et al. v. Yarussi Construction, Inc.

Last Known Address
of Judgment Debtor:

Yarussi Construction, Inc.

5650 Simmons Ave
Niagara Falls, NY 14304

Name and Address
of Attorney for
Judgment Creditor:          Cara Anthaney
                            Central States Law Department
                            8647 W. Higgins Road, 8th Floor
                            Chicago, IL 60631

Amount of Judgment:         $1,019,069.81

Name of Person
Receiving Citation:         New England Life Insurance Company

Document Production
& Interrogatory Response
Date and Time:              May 22, 2026 by 5:00 p.m.

Deposition Date
and Time:                   June 30, 2026 at 10:00 a.m.

Deposition Location:        Central States Law Department
                            8647 W. Higgins Road, 8th Floor
                            Chicago, IL 60631

NOTICE: The court has issued a third party citation against the above-named "Person Receiving Citation." The citation directs that person to appear at a deposition to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the deposition date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1)     Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $4,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity

FV: 512651255 / 19410009 / 4/22/2026                    -2-

interest, not to exceed $2,400 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $1,500 in value, in any implements, professional books, or tools of the trade of the debtor.

(2)     Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $15,000, which homestead is exempt from judgment.

(3)     Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage or, under a wage deduction summons served on or after January 1, 2006, the Illinois minimum hourly wage, whichever is greater.

(4)     Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5)     Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION DEPOSITION TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at: Clerk of the United States District Court, 219 S. Dearborn, Chicago, Illinois. Any writing to the Clerk should include the "Name of Case" and "Case Number" referred to on page 1 of this notice and a copy should be provided to counsel for the judgment creditor. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing. This notice may be sent by regular first class mail.

/s/Cara M. Anthaney
Cara M. Anthaney
Attorney for Plaintiffs
Central States Funds
8647 W. Higgins Road, 8th Floor
Chicago, IL 60631
(847) 939-2367
ARDC # 6304583
canthane@centralstates.org

April 22, 2026