# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Central States, Southeast and Southwest Areas
Pension Fund, et al.

                                              Plaintiff,

v.

                                              Case No.: 1:19−cv−04170

                                              Honorable Sharon Johnson
                                              Coleman

Yarussi Construction, Inc.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 23, 2026:

      MINUTE entry before the Honorable Daniel P. McLaughlin: The Court notes that Plaintiff's Motion for Conditional Judgment [71] and Respondent New England Life Insurance Company's Motion for Extension of Time [73] are currently outside the scope of the referral to the Magistrate Judge, which is for resolution of Respondent Brighthouse Financial's Motion to Quash [66]. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.