**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, And CHARLES A. WHOBREY, as Trustee | ) ) ) ) | Case No. 19-cv-4170 |
| Plaintiffs-Judgment Creditors, | ) ) | Judge Sharon Johnson Coleman |
| v. | ) ) ) | |
| YARUSSI CONSTRUCTION, INC. | ) ) | |
| Defendant-Judgment Debtor. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on August 4, 2026 at 10:00 a.m. Central Time, Plaintiffs shall appear in person before the Honorable Sharon Coleman in Courtroom 1241, located at 219 South Dearborn Street, in Chicago, Illinois to present Plaintiffs- Judgment Creditors' Motion for Conditional Judgment Against Respondent New England Life Insurance Company for Failure to Comply with Third-Party Citation to Discover Assets, a copy of which is hereby served upon you. You may appear and be heard.

Respectfully submitted,

/s/ Cara Anthaney
Cara Anthaney, Esq.
(ARDC #6304583)
Central States Funds
Law Department
8647 W. Higgins Road, 8th Floor
Chicago, IL 60631-2803
(847) 939-2367
canthane@centralstatesfunds.org

*ATTORNEY FOR PLAINTIFFS*

July 23, 2026

1

FV: 528783786 / 19410009 / 7/23/2026

**CERTIFICATE OF SERVICE**

I, Cara Anthaney, one of the attorneys for Plaintiffs, certify that on July 23, 2026, I caused the foregoing Plaintiffs' *Notice of Motion* to be filed electronically. This filing was served upon all parties indicated on the electronic filing receipt via the Court's electronic filing system and served via UPS Overnight Delivery to:

Yarussi Construction, Inc.
c/o Nicholas Yarussi, President
3210 Beechwood Circle
Niagara Falls, NY 14303

Yarussi Construction, Inc.
c/o Nicholas Yarussi, President
5650 Simmons Ave.
Niagara Falls, NY 14304

Robert E. Knoer, Esq.
THE KNOER GROUP, PLLC
186 Exchange Street, Suite 100
Buffalo, New York 14204
Tel: (716) 815-4680

New England Life Insurance Company
c/o Tara Jean Figard, President
155 Federal Street, Suite 700
Boston, MA 02110

*/s/ Cara Anthaney*
Cara Anthaney, Esq.
(ARDC #6304583)
Central States Funds
Law Department
8647 W. Higgins Road, 8th Floor
Chicago, IL 60631-2803
(847) 939-2367
canthane@centralstatesfunds.org

2