## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Central States, Southeast and Southwest Areas
Pension Fund, et al.

                      Plaintiff,

v.                             Case No.: 1:19−cv−04170

                             Honorable Sharon Johnson
                             Coleman

Yarussi Construction, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 24, 2026:

      MINUTE entry before the Honorable Sharon Johnson Coleman: The Court expands the referral to Magistrate Judge McLaughlin to also include ruling on Respondent New England Life Insurance Company's motion to quash citation [76]. Respondent New England Life's motion for extension of time [73] is stricken as moot. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.