**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, And CHARLES A. WHOBREY, as Trustee | )<br>)<br>) Case No. 19-cv-4170 |
| Plaintiffs-Judgment Creditors, | )<br>) Judge Sharon Johnson Coleman |
| v. | )<br>) Magistrate Judge Daniel P. McLaughlin |
| YARUSSI CONSTRUCTION, INC. | )<br>) |
| Defendant-Judgment Debtor, And | )<br>)<br>) |
| NEW ENGLAND LIFE INSURANCE COMPANY, | )<br>)<br>) |
| *Respondent.* | ) |

## NOTICE OF WITHDRAWAL OF MOTION

NOW COME Plaintiffs-Judgment Creditors, Central States, Southeast and Southwest Areas Pension Fund and Charles A. Whobrey, Trustee ("Central States") and hereby withdraw, without prejudice, its Motion for Conditional Judgment (Dkt. 71). In light of Respondent New England Life Insurance Company's subsequently filed Motion to Quash (Dkt. 76), Plaintiffs no longer seeks presentment of the Motion for Conditional Judgment at this time.

- 1 -

FV: 529354451 / 19410009 / 7/29/26

/s/ *Cara Anthaney*

Cara Anthaney
(ARDC #6304583)
Central States Funds
Law Department
8647 W. Higgins Road, 8th Floor
Chicago, IL 60631-2803
(847) 939-2367
canthane@centralstatesfunds.org

July 29, 2026

*ATTORNEY FOR PLAINTIFFS*

FV: 529354451 / 19410009 / 7/29/26

## CERTIFICATE OF SERVICE

I, Cara M. Anthaney, an attorney for Central States, certify that on July 29, 2026, I electronically filed the foregoing Notice of Withdrawal of Motion with the Clerk of the Court using the ECF system. This filing was served on all parties indicated on the electronic filing receipt via the ECF system. For the parties listed below, I served the foregoing Notice by mailing, on July 29, 2026, said Notice in the manner indicated below: to be served upon the following by depositing the same in the United States Mail, first-class postage prepaid, and by electronic mail where indicated:

Defendant-Judgment Debtor:

Yarussi Construction, Inc.
c/o Nicholas Yarussi, President
3210 Beechwood Circle
Niagara Falls, NY 14303

Yarussi Construction, Inc.
c/o Nicholas Yarussi, President
5650 Simmons Ave.
Niagara Falls, NY 14304

Counsel for Defendant-Judgment Debtor:

Robert E. Knoer, Esq.
THE KNOER GROUP, PLLC
186 Exchange Street, Suite 100
Buffalo, New York 14204
Tel: (716) 815-4680
Email: rknoer@knoergroup.com


Counsel for Respondent New England Life Insurance Company:

Heather D. Erickson (#6269711)
Sanchez Daniels & Hoffman, LLP
200 W. Madison Street
Chicago, IL 60606
Tel: (312) 641-1555
Email: herickson@sanchezdh.com

- 3 -

FV: 529354451 / 19410009 / 7/29/26

_/s/ Cara Anthaney_
Cara Anthaney, Esq.
(ARDC #6304583)
Central States Funds
Law Department
8647 W. Higgins Road, 8th Floor
Chicago, IL 60631-2803
(847) 939-2367
canthane@centralstatesfunds.org

_ATTORNEY FOR PLAINTIFFS_

July 29, 2026

- 4 -

FV: 529354451 / 19410009 / 7/29/26