# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CENTRAL STATES, SOUTHEAST AND
SOUTHWEST AREAS PENSION FUND,
And CHARLES A. WHOBREY, as Trustee

        Plaintiffs-Judgment Creditors,              Case No.  19-cv-4170

vs                                            **AFFIDAVIT OF**
                                            **SERVICE**

YARUSSI CONSTRUCTION, INC.,

        Defendant-Judgment Debtor,

And

BRIGHTHOUSE FINANCIAL, INC.,

        Respondent,

I, Rachel Cleve, certify that I have no interest in the action, am of legal age and have proper authority in the jurisdiction in which this service was made.

On **March 24th, 2026 at 9:24 AM**, I served a copy of the *Letter, Citation to Discover Assets, Citation Notice, and Certification* upon **Brighthouse Financial, Inc.  c/o CT Corporation at 160 Mine Lake Ct. Ste 200, Raleigh, NC 27615** by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving with **Marvin Ayala, Intake Specialist.**

Marvin Ayala is a Hispanic male, 5'6", 150 lbs., approximately 25 years of age.

**SUBSCRIBED AND SWORN** to before me on the 27 day of _____March_____, 2026 by the affiant who is personally known to me.

_Rachel Cleve_

_____
**Notary Signature**

JEFFREY L MERRITT
Notary Public, North Carolina
Wake County
My Commission Expires
November 13, 2029