# EXHIBIT A

DOI
ILLINOIS DEPARTMENT OF INSURANCE

| | |
|---|---|
| **Legal Name:** | NEW ENGLAND LIFE INSURANCE COMPANY |
| **Company Type:** | LAH Foreign Stock |
| **Domicile:** | Boston, Massachusetts |
| **Parent Company:** | |
| **Status:** | Active |
| **FEIN:** | 04-2708937 |
| **NAIC Code:** | 241 91626 |
| **Incorporated Date:** | 9/12/1980 |

Addresses

| Administrative Mailing | Corporate Home |
|---|---|
| 11225 North Community House Road<br>Charlotte, NC 28277 | 155 Federal Street<br>Suite 700<br>Boston, MA 02110 |

Phone Numbers

| Business | Business |
|---|---|
| (813) 983-4100 | (800) 638-5433 |

<-- Back to Search Results