# EXHIBIT B

APRIL 27, 2026

**CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND V. YARUSSI CONSTRUCTION, INC., ET AL.**
**CASE NO. 19-cv-4170**

# AFFIDAVIT OF SERVICE

*I this day SERVED the within named*

NEW ENGLAND LIFE INSURANCE COMPANY
TARA JEAN FIGARD, PRESIDENT
C/O CT CORP

4/27/2026 @10:10AM- IN HAND TO JUSTIN PHILLIPS, CLERK(BLACK MALE, BLACK HAIR, 30YO, 6', 180LBS). SERVED BY JOHN RYMASZEWSKI-PROCESS SERVER

*No.* 155 FEDERAL STREET, SUITE 700
*in the city/town of* BOSTON, MA, *an attested copy of the CITATION TO DISCOVER ASSETS TO A THIRD PARTY*

*Service and travel* $ 84

DAVID AYLES
MY COMMISSION EXPIRES
11-20-2026
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS

John Rymaszewski

Process Server/